PER CURIAM.

(No. 73-CC-121 ▮▮▮▮▮▮▮▮▮▮)

A. ZOLA GROVES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed April 27, 1973.*

A. Zola Groves, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.